Certificate Number: ALMD - CC - 060486



# Credit Counseling
# Certificate of Completion

I certify that on **July 14, 2015**, at **6:42 P.M. CDT**, **Phillip Martin Heidepriem** completed a course on credit counseling given by Stand Sure Credit Counseling, a provider approved pursuant to 11 U.S.C. § 521 (b) to provide an instructional course concerning credit counseling in the **Middle District of Alabama**.

Date: July 14, 2015

By: *Judy Osborne*
Name: Judy Osborne
Title: Credit Counselor