IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

## STATEMENT CONCERNING PAYMENT ADVICES OR OTHER EVIDENCE OF PAYMENT RECEIVED WITHIN THE LAST 60 DAYS

Debtor: **Phillip Heidepriem**    SSN: xxx-xx-9965_____

Payment Frequency:    ☐ Weekly    ☐ Bi-Weekly    ☐ Twice Monthly    ☒ Monthly

☐    All payment advices are available and are attached hereto.

☐    Not all payment advices are available, but the most recent one, which contains year to date information, is attached.

☐    Not all payment advices are available, but all available payment advices are attached hereto.

☒    No payment advices are available: Explain: Debtor does not receive paystubs

I (we), the undersigned, hereby declare under penalty of perjury that the information contained herein is complete and accurate to the best of my (our) information, knowledge and belief.

Dated: 10/2/15            _Phillip Hei_____
                              Phillip Heidepriem

Joint Debtor: _____    SSN: xxx-xx-_____

Payment Frequency:    ☐ Weekly    ☐ Bi-Weekly    ☐ Twice Monthly    ☐ Monthly

☐    All payment advices are available and are attached hereto.

☐    Not all payment advices are available, but the most recent one, which contains year to date information, is attached.

☐    Not all payment advices are available, but all available payment advices are attached hereto.

☐    No payment advices are available: Explain:

I (we), the undersigned, hereby declare under penalty of perjury that the information contained herein is complete and accurate to the best of my (our) information, knowledge and belief.
Dated:_____            _____