# UNITED STATES BANKRUPTCY COURT Middle District of Alabama

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on October 2, 2015.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Phillip M Heidepriem
16055 Paces Point Rd
Dadeville, AL 36853

| Case Number: | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: |
|---|---|
| 15−32773 | xxx−xx−9965 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Carly B. Wilkins<br>Carly B. Wilkins, P.C<br>560 South McDonough Street, Ste A<br>Montgomery, AL 36104<br>Telephone number: 334−269−0269 | Susan S. DePaola<br>1726 West Second Street<br>Suite B<br>Montgomery, AL 36106<br>Telephone number: 334−262−1600 |

## Meeting of Creditors
*** photo identification required ***

Date: **November 4, 2015**      Time: **11:00 AM**
Location: **Frank M. Johnson, Jr. Federal Courthouse, (Lee St. entrance), Sec. 341 Meeting Room (105), Montgomery, AL 36104**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: January 4, 2016**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| One Church Street<br>Montgomery, AL 36104<br>Telephone number: 334−954−3800 | Clerk of the Bankruptcy Court:<br>Juan−Carlos Guerrero |
| Hours Open: Monday − Friday 8:00 AM − 4:00 PM | Date: October 3, 2015 |

# EXPLANATIONS

B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

In re:                                                        Case No. 15-32773-WRS
Phillip M Heidepriem                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-2           User: admin                 Page 1 of 2                Date Rcvd: Oct 05, 2015
                                     Form ID: b9a                Total Noticed: 45

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2015.
db             +Phillip M Heidepriem,    16055 Paces Point Rd,    Dadeville, AL 36853-5017
3407101        +Cedar at Streamside,    2244 S. Frontage Rd., W,    Vail, CO 81657-4322
3407102        +Cedar at Streamside Condominium,     c/o Mary Isom,    PO Box 3104,    Avon, CO 81620-3104
3407103         Chambless & Math,    Bankruptcy Department,    Post Office Box 230759,
                 Montgomery, AL 36123-0759
3407108        +Edward Fowler,    4318 Brodgon Place Cove,    Suwanee, GA 30024-3950
3407110        +Holloway & Moxley,    556 South Perry Street,    Post Office Box 4953,
                 Montgomery, AL 36103-4953
3407113        +John G. Morris, Esq.,    160 Atlanta Financial Center,    3343 Peachtree Rd., NE,
                 Atlanta, GA 30326-1085
3407121       ++++MR. FLYNN MORRIS,    4164 W COUNTY HIGHWAY 30A,    SANTA ROSA BEACH FL  32459-4336
                 (address filed with court:  Mr. flynn Morris,    21 N. Spooky Lane,    Santa Rosa Beach, FL 32459)
3407114        +Max Credit Union,    400 Eastdale Cir,    Montgomery, AL 36117-2117
3407117        +Mr. Danny Royal,    1283 Franklin Circle, NE,    Atlanta, GA 30324-4607
3407118         Mr. David Morris,    180 Black Bear Lane,    Bigfork, MT 59911
3407119        +Mr. David Stephens,    4318 Brogdon Place Cove,    Suwanee, GA 30024-3950
3407120        +Mr. Edward E. Rogers,    PO Box 1068,    Fairhope, AL 36533-1068
3407122        +Mr. Michael V. Shannon,    PO Box 709,    Auburn, AL 36831-0709
3407123        +Mr. Mike Seamon,    1410 Thurso Circle,    Lynn Haven, FL 32444-8334
3407124        +Mr. Thomas J. Bryan,    1819 Pepperell PKWY,    Opelika, AL 36801-5475
3407125        +Mr. Tim Bell, c/o TJ2 Group, LLC,    5400 Laurel Springs PKWY,    Bldg 700, Ste 701,
                 Suwanee, GA 30024-6056
3407126        +Mr. Tommy Tuberville,    1516 Crossing Lane,    Auburn, AL 36830-2119
3407127        +Nathan & Nathan, P.C.,    2215 1st Avenue South,    Birmingham, AL 35233-2330
3407128         Parnell & Crum, P.A.,    Post Office Box 2189,    Montgomery, AL 36102-2189
3407129       #+Peoples Bank Of Alabam,    811 2nd Ave Sw,    Cullman, AL 35055-4222
3407130        +Peoples Cull,    811 2nd Ave Sw,    Cullman, AL 35055-4222
3407134         Trustmark National Bank,    c/o Stephen A. Pitre,    PO Box 13010,    Pensacola, FL 32591-3010
3407135         Union St B,    15 20th St North,    Pell City, AL 35125-1763
3407136        +Wb/Wf/St,    Po Box 900001,    Raleigh, NC 27675-9001
3407137        +Wyne Cty,    216 South High Street,    Waynesboro, TN 38485-2616
3407138         Zarzaur & Cunningham, PC,    PO Box 11366,    Birmingham, AL 35202-1366
3407139        +Zarzaur & Schwartz, P.C.,    P.O. Box 11366,    Birmingham, AL 35202-1366
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: cwilkins@cbwlegal.com Oct 05 2015 21:44:52      Carly B. Wilkins,
                 Carly B. Wilkins, P.C,    560 South McDonough Street, Ste A,    Montgomery, AL  36104
tr             +EDI: QSSDEPAOLA.COM Oct 05 2015 21:28:00      Susan S. DePaola,    1726 West Second Street,
                 Suite B,    Montgomery, AL 36106-1546
3407097        +EDI: AMEREXPR.COM Oct 05 2015 21:28:00      Amex,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
3407098         EDI: BANKAMER.COM Oct 05 2015 21:28:00      Bank Of America,    Po Box 982235,
                 El Paso, TX 79998
3407099        +EDI: BANKAMER.COM Oct 05 2015 21:28:00      Bank Of America, N.A.,    450 American St,
                 Simi Valley, CA 93065-6285
3407100        +E-mail/Text: bankruptcy@cavps.com Oct 05 2015 21:45:45      Cavalry Portfolio Serv,
                 500 Summit Lake Dr,    Valhalla, NY 10595-2322
3407104        +EDI: CHASE.COM Oct 05 2015 21:28:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
3407105        +EDI: CITICORP.COM Oct 05 2015 21:28:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
3407106        +E-mail/Text: bankruptcy@bbandt.com Oct 05 2015 21:45:10      Colonial Bank,    32 Commerce St,
                 Montgomery, AL 36104-3572
3407107        +EDI: DISCOVER.COM Oct 05 2015 21:28:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
3407109        +EDI: GMACFS.COM Oct 05 2015 21:28:00       G M A C,    Po Box 105677,    Atlanta, GA 30348-5677
3407111         EDI: IRS.COM Oct 05 2015 21:28:00      Internal Revenue Service,    801 Tom Martin Drive,
                 Mail Stop 126,    Birmingham, AL 35211
3407112        +E-mail/Text: lboyles@nadler-law.com Oct 05 2015 21:45:17      James Alan Nadler,
                 2871 Acton Rd Ste 101A,    Birmingham, AL 35243-2560
3407116        +EDI: MID8.COM Oct 05 2015 21:28:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
3407131        +EDI: AMSOUTH.COM Oct 05 2015 21:28:00      Region/Ams,    Po Box 11007,
                 Birmingham, AL 35288-0001
3407132         EDI: AMSOUTH.COM Oct 05 2015 21:28:00      Regions Mortgage,    ATTN: Bankruptcy Department,
                 Post Office Box 1860,    Memphis, TN 38101-1860
3407133        +EDI: SEARS.COM Oct 05 2015 21:28:00      Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3407115       ##+Meridian Financial Svc,    21 Overland Industrial B,    Asheville, NC 28806-1376
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2015 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0