UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br>PHILLIP M HEIDEPRIEM<br>16055 PACES POINT ROAD<br>DADEVILLE AL 36853-5017<br>    Debtor(s). | ) CHAPTER 7<br>)<br>) CASE NO. 15-32773<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Now Comes, Leonard N. Math, and files this Notice of Appearance in the above styled action on behalf of MAX CREDIT UNION and requests that further notices in this case on behalf of said creditor be sent to him as counsel of record.

/s/ Leonard N. Math, dated this the 19 day of Oct, 2015

OF COUNSEL:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by on the 19 day of Oct, 2015.

x    by electronic service

Susan S. DePaola
Chapter 7 Trustee
1726 West Second Street, Ste. B
Montgomery AL 36106
BRTRUSTEE@CHARTER.NET

CARLY B. WILKINS
HAMM & WILKINS, P.C.
560 SOUTH MCDONOUGH STREET, STE D
MONTGOMERY AL 36104
cwilkins@hammwilkins.com

x    by regular U.S. mail

PHILLIP M HEIDEPRIEM
16055 PACES POINT ROAD
DADEVILLE AL 36853-5017

/s/ Leonard N. Math, dated this the 19 day of Oct, 2015